# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. C. SPIVEY, III,<br><br>    Petitioner,<br><br>   v.<br><br>CONNIE GIPSON, Warden,<br><br>    Respondent. | Case No. 1:12-cv-00206-LJO-SKO-HC<br><br>ORDER DISMISSING PETITIONER'S MOTION FOR CLARIFICATION (DOC. 38) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 303. Pending before the Court is Petitioner's motion for clarification filed on April 30, 2014.

    On October 17, 2013, the Court denied Petitioner's motion for a stay of the proceedings to permit Petitioner to exhaust new claims. In the motion for clarification, Petitioner seeks information regarding the status of Petitioner's old and new claims.

1

The Court's order is self-explanatory.  The petition proceeds on Petitioner's initially filed claims, which Respondent has answered, and as to which Petitioner has filed a traverse.

Accordingly, Petitioner's motion for clarification is DISMISSED as moot.

IT IS SO ORDERED.

Dated:     **September 2, 2014**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE